1  DONALD W. REES (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
7  Attorneys for Defendant PRUDENTIAL
   INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST, <br><br> Plaintiff, <br><br> vs. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 10, <br><br> Defendants. | CASE NO. C 06-3545 CRB <br><br> Complaint Filed: May 5, 2006 <br><br><br> STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |

WHEREAS, Defendant PRUDENTIAL INSURANCE COMPANY OF AMERICA ("PRUDENTIAL") has requested an extension of time to respond to the Complaint of Plaintiff KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST ("Complaint"), removed to this Court on June 2, 2006;

WHEREAS, Plaintiff does not oppose PRUDENTIAL's request for an extension of time to respond to the Complaint;

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT   CASE NO. C 06-3545 CRB

IT IS HEREBY STIPULATED AND AGREED THAT:

PRUDENTIAL will respond to the Complaint on or before June 23, 2006.

DATED: June 8, 2006                    GORDON & REES, LLP

By: _____/s/_____
DONALD W. REES
LESLIE K. CRARY
Attorneys for Defendant
PRUDENTIAL INSURANCE COMPANY OF AMERICA

DATED: June 8, 2006                    CARR, McCLELLAN, INGERSOL, THOMPSON & HORN
Professional Law Corporation

By: _____/s/_____
KEITH P. BARTEL
JEFFREY R. LOEW
Attorneys for Plaintiff
KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST

I, LESLIE CRARY, hereby attest that Jeffrey R. Loew, counsel for Plaintiff, concurs in the filing of this Stipulation.

DATED: June 8, 2006                    By: _____/s/_____
LESLIE K. CRARY

June 13, 2006

**IT IS SO ORDERED**
/s/ Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1038904/1016358v.1   STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT   CASE No. C 06-3545 CRB