1  DONALD W. REES  (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY  (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
7  Attorneys for Defendant PRUDENTIAL
   INSURANCE COMPANY OF AMERICA
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST,<br><br>          Plaintiff,<br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 10,<br><br>          Defendants. | CASE NO. C 06-3545 CRB<br><br>Complaint Filed:  May 5, 2006<br><br><br><br>STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |

WHEREAS, Defendant PRUDENTIAL INSURANCE COMPANY OF AMERICA ("PRUDENTIAL") has requested an extension of time to respond to the Complaint of Plaintiff KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST ("Complaint"), removed to this Court on June 2, 2006;

WHEREAS, Plaintiff does not oppose PRUDENTIAL's request for an extension of time to respond to the Complaint;

1   IT IS HEREBY STIPULATED AND AGREED THAT:

2   PRUDENTIAL will respond to the Complaint on or before June 23, 2006.

3   DATED: June 8, 2006                    GORDON & REES, LLP

5                                          By:      /s/
                                              DONALD W. REES
6                                             LESLIE K. CRARY
                                           Attorneys for Defendant
7                                          PRUDENTIAL INSURANCE COMPANY OF
                                           AMERICA

10  DATED: June 8, 2006                    CARR, McCLELLAN, INGERSOL,
                                           THOMPSON & HORN
11                                         Professional Law Corporation

13                                         By:      /s/
                                              KEITH P. BARTEL
14                                            JEFFREY R. LOEW
                                           Attorneys for Plaintiff
15                                         KIMBERLEY ANN WOO, AS TRUSTEE OF
                                           THE WILBUR AND DOLORES L. WOO 1987
16                                         IRREVOCABLE TRUST

20   I, LESLIE CRARY, hereby attest that Jeffrey R. Loew, counsel for Plaintiff, concurs in
21  the filing of this Stipulation.

22  DATED: June 8, 2006                    By:      /s/
                                              LESLIE K. CRARY

24  June 13, 2006

**IT IS SO ORDERED**

Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1038904/1016358v.1

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT                     CASE No. C 06-3545 CRB