DONALD W. REES  (SBN 34329)
drees@gordonrees.com
LESLIE K. CRARY  (SBN 148260)
lcrary@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant PRUDENTIAL
INSURANCE COMPANY OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 10,<br><br>　　　　　　　　　Defendants. | CASE NO. C 06-3545 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: May 5, 2006 |

### STIPULATION

WHEREAS, this matter was initially scheduled for an Initial Case Management Conference on September 1, 2006 at 8:30 a.m. and, on August 28, 2006, that conference was continued by order of the Court to September 8, 2006 and counsel for Defendant PRUDENTIAL INSURANCE COMPANY OF AMERICA and Plaintiff KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST are unavailable on that date;

WHEREAS, counsel for the parties are both available on September 29, 2006 and October 6, 2006 at 8:30;

---

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CMC Case No. C 06-3545 CRB

IT IS HEREBY STIPULATED AND AGREED THAT:

The Case Management Conference currently set for September 8, 2006 be continued to September 29, 2006 or, if that date is not available, October 6, 2006 at 8:30 a.m..

DATED: August 29, 2006                    GORDON & REES, LLP

                                          By:      /s/
                                              DONALD W. REES
                                              LESLIE K. CRARY
                                          Attorneys for Defendant
                                          PRUDENTIAL INSURANCE COMPANY OF
                                          AMERICA

DATED: August 29, 2006                    CARR, McCLELLAN, INGERSOL,
                                          THOMPSON & HORN
                                          Professional Law Corporation

                                          By:      /s/
                                              KEITH P. BARTEL
                                              DAVID M. KING
                                              JEFFREY R. LOEW

                                          Attorneys for Plaintiff
                                          KIMBERLEY ANN WOO, AS TRUSTEE OF
                                          THE WILBUR AND DOLORES L. WOO 1987
                                          IRREVOCABLE TRUST

I, LESLIE CRARY, hereby attest that Jeffrey R. Loew, counsel for Plaintiff, concurs in the filing of this Stipulation.

DATED: August 29, 2006                    By:      /s/
                                              LESLIE K. CRARY

**ORDER**

IT IS HEREBY ORDERED that the Initial Case Management Conference in this case is continued to September 29, 2006, at 8:30 a.m. in Courtroom 8, 19th Floor, 450 Golden Gate Avenue, San Francisco, CA, 94102.

DATED:  August 30       , 2006        _____
Judge Charles R. Breyer
United States District Judge



Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1038904/1059242v.1

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CMC Case No. C 06-3545 CRB