DONALD W. REES  (SBN 34329)
drees@gordonrees.com
LESLIE K. CRARY  (SBN 148260)
lcrary@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendant PRUDENTIAL
INSURANCE COMPANY OF AMERICA

Keith P. Bartel, Esq. (Bar No. 83223)
kbartel@carr-mcclellan.com
David M. King, Esq. (Bar No. 95279)
dking@carr-mcclellan.com
Jeffrey R. Loew, Esq. (Bar No. 216808)
jloew@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California  94011-0513
Telephone: (650) 342-9600
Facsimile: (650) 342-7685

Attorneys for Plaintiff
Kimberley Ann Woo, Trustee Of The Wilbur
And Dolores L. Woo 1987 Irrevocable Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST,<br><br>                    Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 10,<br><br>                    Defendants. | CASE NO. C 06-3545 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER RE EXTENSION OF TIME TO CONDUCT MEDIATION**<br><br>Complaint Filed:  May 5, 2006 |

**<u>STIPULATION</u>**

WHEREAS, pursuant to this Court's August 14, 2006 Order Referring this Case to

Mediation, the parties attempted to schedule this case for mediation within 90 days of the issuance of that order and on October 26, 2006, this Court assigned a new mediator, Arnold Haims, Esq., due to the mutual unavailability of the originally assigned mediator, Jay Folberg, and the parties;

WHEREAS, the parties have scheduled a mediation with Mr. Haims for December 6, 2006. However, plaintiff has determined that it is advisable to include a third party, (Richard S. Linder and his insurer), in mediation of this matter. Mr. Linder was involved in the drafting of the trust and procurement of the policy at issue. Plaintiff's counsel is conferring with Mr. Linder and his insurance carrier and/or counsel concerning Mr. Linder's voluntary participation in mediation and has requested that defendant agree to at least a 90 day continuance of the mediation so that Mr. Linder and his insurer can participate in the mediation in a meaningful manner. Plaintiff's counsel has also conferred with Mr. Haims concerning continuation of the mediation and Mr. Haims has advised he has no objection to doing so;

WHEREAS, defendant does not object to the requested continuance of the mediation in this matter.

IT IS HEREBY STIPULATED AND AGREED THAT:

The time within which the parties be required to conduct a mediation in this matter be extended at least 90 days from the date of this stipulation.

DATED: November 27, 2006          GORDON & REES, LLP


By: _____/s/_____
    DONALD W. REES
    LESLIE K. CRARY
Attorneys for Defendant
PRUDENTIAL INSURANCE COMPANY OF AMERICA

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION DEADLINE Case No. C 06-3545 CRB

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

1  DATED: November 27, 2006                    CARR, McCLELLAN, INGERSOL,
2                                              THOMPSON & HORN
                                               Professional Law Corporation
3
4                                              By:        /s/
                                                     KEITH P. BARTEL
5                                                    DAVID M. KING
                                                     JEFFREY R. LOEW
6
7                                              Attorneys for Plaintiff
                                               KIMBERLEY ANN WOO, AS TRUSTEE OF
8                                              THE WILBUR AND DOLORES L. WOO 1987
                                               IRREVOCABLE TRUST
9
10
11
12      I, LESLIE CRARY, hereby attest that David M. King, counsel for plaintiff, concurs in
13 the filing of this Stipulation.
14 DATED: November 27, 2006                    By:        /s/
                                                     LESLIE K. CRARY
15

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION DEADLINE Case No. C 06-3545 CRB

**ORDER**

IT IS HEREBY ORDERED that the deadline for mediation of this case is continued to __February 26, 2007_____.

DATED: _November 28_____, 2006     _____
Judge Charles R. Breyer
United States District Court

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

PRU/1038904/1107401v.1

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF MEDIATION DEADLINE CASE NO. C 06-3545 CRB