1  Keith P. Bartel, Esq. (Bar No. 83223)
   kbartel@carr-mcclellan.com
2  David M. King, Esq. (Bar No. 95279)
   dking@carr-mcclellan.com
3  Jeffrey R. Loew, Esq. (Bar No. 216808)
   jloew@carr-mcclellan.com
4  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
5  216 Park Road
   P.O. Box 513
6  Burlingame, California 94011-0513
   Telephone:   (650) 342-9600
7  Facsimile:   (650) 342-7685

8  Attorneys for Plaintiff
   Kimberley Ann Woo, Trustee Of The Wilbur
9  and Dolores L. Woo 1987 Irrevocable Trust

10 DONALD W. REES (SBN 34329)
   drees@gordonrees.com
11 LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
12 GORDON & REES LLP
   Embarcadero Center West
13 275 Battery Street, Suite 2000
   San Francisco, CA 94111
14 Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
15
   Attorneys for Defendant PRUDENTIAL
16 INSURANCE COMPANY OF AMERICA

17
                    **UNITED STATES DISTRICT COURT**
18
                    **NORTHERN DISTRICT OF CALIFORNIA**
19

| | |
|---|---|
| KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 10,<br><br>Defendants. | No. C 06-03545 CRB<br><br>(San Francisco Superior Court Case No. CGC 06-451976)<br><br>Complaint Filed: May 5, 2006<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

1 **STIPULATION**

2 Pursuant to this court's order of August 14, 2006 referring this case to mediation,
3 mediation was previously scheduled to go forward on December 6, 2006 with Arnold B. Haims.
4 Following investigation and discovery, plaintiff's counsel determined that it would be advisable
5 to include a third party, attorney Richard S. Linder (and his insurer) in the mediation of this
6 matter. Accordingly, a stipulation and proposed order to extend time in which to conduct the
7 mediation was submitted to the court, to give Mr. Linder and his insurance carrier time to
8 become conversant with the case in order to attend the mediation in a meaningful manner. On
9 November 28, 2006, this court granted the stipulation and order, extending the deadline for
10 mediation up to and including February 26, 2007.

11 On November 28, 2006, attorney Jerry Hauser of the law firm of Phillips, Greenberg &
12 Hauser in San Francisco contacted counsel for plaintiff and advised that he had been retained by
13 Mr. Linder's insurance carrier, Liberty Mutual, to represent Mr. Linder. On November 28, 2006,
14 copies of the general pleadings, discovery pleadings, responses to discovery and a copy of Mr.
15 Linder's deposition transcript were sent by overnight mail to the offices of Mr. Hauser for his
16 review.

17 Mr. Hauser indicated that Mr. Linder and Liberty Mutual would be willing to voluntarily
18 attend the mediation in an effort to resolve the case, without the necessity of amending the
19 complaint to formally assert a cause of action against Mr. Linder. Accordingly, it is anticipated
20 that as soon as Mr. Hauser has had an opportunity to review the pleadings and documents
21 provided, mediation will be rescheduled with Mr. Haims within the extended jurisdictional
22 period for completion of mediation.

23 WHEREAS, the parties will be rescheduling the mediation to take place before February
24 26, 2007, the parties request that the current case management conference set for December 15,
25 / / /
26 / / /
27 / / /
28

25740.00001\BGLIB1\1313456.1

(No. C 06 3545 CRB)
STIPULATION AND ORDER RE: CONTINUANCE OF CMC

2

2006 be vacated and rescheduled for a date after February 26, 2007.

Dated: November 30, 2006

          CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
          Professional Law Corporation

          By: _____/s/_____
          DAVID M. KING
          Attorneys for Plaintiff
          Kimberley Ann Woo, Trustee Of The Wilbur
          and Dolores L. Woo 1987 Irrevocable Trust

Dated: November 30, 2006

          GORDON & REES, LLP

          By: _____/s/_____
          DONALD W. REES
          LESLIE K. CRARY
          Attorneys for Defendant
          PRUDENTIAL INSURANCE COMPANY OF
          AMERICA

I, DAVID M. KING, hereby attest that Leslie Crary, counsel for Defendant, concurs in the filing of this stipulation.

Dated: November 30, 2006    By: _____/s/_____
          David M. King

**ORDER**

IT IS HEREBY ORDERED that the case management conference scheduled for December 15, 2006 be rescheduled for a date after February 27, 2007.
**Case management conference scheduled for March 2, 2007 at 8:30 a.m.**

DATED: __December 4__, 2006    _____
          Judge Charles R. Breyer
          United States District Court

*IT IS SO ORDERED* — Judge Charles R. Breyer

25740.00001\BGLIB1\1313456.1

No. C 06 3545 CRB
STIPULATION AND ORDER RE: CONTINUANCE OF CMC

3