Keith P. Bartel, Esq. (Bar No. 83223)
kbartel@carr-mcclellan.com
David M. King, Esq. (Bar No. 95279)
dking@carr-mcclellan.com
Jeffrey R. Loew, Esq. (Bar No. 216808)
jloew@carr-mcclellan.com
CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation
216 Park Road
P.O. Box 513
Burlingame, California 94011-0513
Telephone:   (650) 342-9600
Facsimile:    (650) 342-7685

Attorneys for Plaintiff
Kimberley Ann Woo, Trustee Of The Wilbur
and Dolores L. Woo 1987 Irrevocable Trust

DONALD W. REES (SBN 34329)
drees@gordonrees.com
LESLIE K. CRARY (SBN 148260)
lcrary@gordonrees.com
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendant PRUDENTIAL
INSURANCE COMPANY OF AMERICA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 10,<br><br>Defendants. | No. C 06-03545 CRB<br><br>(San Francisco Superior Court Case No. CGC 06-451976)<br><br>Complaint Filed: May 5, 2006<br><br>**STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

25740.00001\BGLIB1\1319812.1

(No. C 06 3545 CRB)
STIPULATION AND ORDER RE: CONTINUANCE OF CMC

1

# STIPULATION

Pursuant to this Court's Order of August 14, 2006 referring this case to mediation, mediation was previously scheduled to go forward on December 6, 2006 with Arnold B. Haims, Esq. Following investigation and discovery, plaintiff's counsel determined that it would be advisable to include a third party, attorney Richard S. Linder (and his insurer) in the mediation of this matter. Accordingly, a stipulation and proposed order to extend time in which to conduct the mediation was submitted to the Court, to give Mr. Linder and his insurance carrier time to become conversant with the case in order to attend the mediation in a meaningful manner. On November 28, 2006, this Court granted the stipulation and order, extending the deadline for mediation up to and including February 26, 2007. The Court further vacated a case management conference set for December 15, 2006 and rescheduled it for March 2, 2007.

On November 28, 2006, attorney Jerry Hauser of the law firm of Phillips, Greenberg & Hauser in San Francisco contacted counsel for plaintiff and advised that he had been retained by Mr. Linder's insurance carrier, Liberty Mutual, to represent Mr. Linder. Mr. Hauser indicated that Mr. Linder and Liberty Mutual would be willing to voluntarily attend the mediation in an effort to resolve the case, without the necessity of amending the complaint to formally assert a cause of action against Mr. Linder.

Mr. Hauser reviewed the pleadings and documents previously produced in this matter, and requested further documents and information from plaintiff and defendant. Based on these additional, informal discovery proceedings, as well as Mr. Linder's unavailability during the month of February, the parties were unable to schedule a mediation date before February 26, 2007.

However, the parties have scheduled a mediation with Mr. Haims for March 21, 2007, at which time all parties and interested persons are available. The parties therefore requested and stipulated to a continuance of at least 60 days, so that the mediation might include all necessary and interested parties.

WHEREAS, the parties have rescheduled the mediation to take place on March 21, 2007, the parties request that the current case management conference set for March 2, 2007 be vacated

1  and rescheduled for a date on or after April 13, 2007.

2  Dated: February 13, 2007

3                      CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                    Professional Law Corporation

4

5

6                By: _____/s/_____
                         JEFFREY R. LOEW
                        Attorneys for Plaintiff

7                    Kimberley Ann Woo, Trustee Of The Wilbur
                  and Dolores L. Woo 1987 Irrevocable Trust

8

9

10  Dated: February 13, 2007
                            GORDON & REES, LLP

11

12                By: _____/s/_____
                         DONALD W. REES
                         LESLIE K. CRARY

13                          Attorneys for Defendant
                PRUDENTIAL INSURANCE COMPANY OF

14                                AMERICA

15

16  I, JEFFREY R. LOEW, hereby attest that Leslie Crary, counsel for Defendant, concurs in

17  the filing of this stipulation.

18  Dated: February 13, 2007     By: _____/s/_____
                                       Jeffrey R. Loew

19

20  **ORDER**

21  IT IS HEREBY ORDERED that the case management conference scheduled for March

22  2, 2007, be rescheduled for a date on or after April 13, 2007.

23  DATED: __February 14__, 2007  _____
                                              Judge Charles R. Breyer

24                                                United States District

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer]

25740.00001\BGLIB1\1319812.1

                                               (No. C 06 3545 CRB)
                                STIPULATION AND ORDER RE: CONTINUANCE OF CMC

3