1  DONALD W. REES (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
6
   Attorneys for Defendant PRUDENTIAL
7  INSURANCE COMPANY OF AMERICA

8  Keith P. Bartel, Esq. (Bar No. 83223)
   kbartel@carr-mcclellan.com
9  David M. King, Esq. (Bar No. 95279)
   dking@carr-mcclellan.com
10 Jeffrey R. Loew, Esq. (Bar No. 216808)
   jloew@carr-mcclellan.com
11 CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
12 216 Park Road
   P.O. Box 513
13 Burlingame, California 94011-0513
   Telephone: (650) 342-9600
14 Facsimile: (650) 342-7685

15 Attorneys for Plaintiff
   Kimberley Ann Woo, Trustee Of The Wilbur
16 And Dolores L. Woo 1987 Irrevocable Trust

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19 KIMBERLEY ANN WOO, AS TRUSTEE OF  )  CASE NO. C 06-3545 CRB
   THE WILBUR AND DOLORES L. WOO 1987 )
20 IRREVOCABLE TRUST,                 )  (San Francisco Superior Court
                                      )   Case No. CGC 06-451976)
21            Plaintiff,              )
       vs.                            )  Complaint Filed: May 5, 2006
22                                    )
   THE PRUDENTIAL INSURANCE COMPANY )   STIPULATION AND [PROPOSED]
23 OF AMERICA, and DOES 1 through 10, )  ORDER RE EXTENSION OF TIME TO
                                      )  CONDUCT MEDIATION
24            Defendants.             )
                                      )
25

26

27

28

                                      1

## STIPULATION

WHEREAS, pursuant to this Court's November 28, 2006 Order Re Extension of Time to Conduct Mediation, the parties attempted to schedule this case for mediation within 90 days of the issuance of that order, or by February 26, 2007;

WHEREAS, due to unavailability during February of an interested third party, Richard S. Linder, and his insurer and its counsel, each of whom has agreed to appear voluntarily at the mediation to resolve all issues and potential issues between and among the parties, the parties have been unable to schedule a mediation with mediator Arnold Haims, Esq., before February 26, 2007. However, the parties have scheduled a mediation with Mr. Haims for March 21, 2007, at which time all parties and interested persons are available. The parties therefore request and stipulate to a continuance of at least 60 days from the date of this stipulation, so that the mediation may include all necessary and interested parties.

WHEREAS, defendant does not object to the requested continuance of the mediation in this matter.

IT IS HEREBY STIPULATED AND AGREED THAT:

The time within which the parties be required to conduct a mediation in this matter be extended at least 60 days from the date of this stipulation.

Dated: February 13, 2007   CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____/s/_____
JEFFREY R. LOEW
Attorneys for Plaintiff
Kimberley Ann Woo, Trustee Of The Wilbur
and Dolores L. Woo 1987 Irrevocable Trust

Dated: February 13, 2007   GORDON & REES, LLP

By: _____/s/_____
DONALD W. REES
LESLIE K. CRARY
Attorneys for Defendant
PRUDENTIAL INSURANCE COMPANY OF AMERICA

1  I, JEFFREY R. LOEW, hereby attest that Leslie K. Crary, counsel for defendant, concurs
2  in the filing of this Stipulation.
3  DATED: February 13, 2007                    By: _____/s/_____
                                                    JEFFREY R. LOEW
4
5                                    **ORDER**
6  IT IS HEREBY ORDERED that the deadline for mediation of this case is continued to
7  ____April 13, 2007_____.
8
9  DATED: __Feb. 14, 2007____, 2007    _____
                                        Judge Charles R. Breyer
10                                      United States District C...

IT IS SO ORDERED
Judge Charles R. Breyer

3