1  DONALD W. REES  (SBN 34329)
   drees@gordonrees.com
2  LESLIE K. CRARY  (SBN 148260)
   lcrary@gordonrees.com
3  GORDON & REES LLP
   Embarcadero Center West
4  275 Battery Street, Suite 2000
   San Francisco, CA 94111
5  Telephone:  (415) 986-5900
   Facsimile:  (415) 986-8054
6
   Attorneys for Defendant PRUDENTIAL
7  INSURANCE COMPANY OF AMERICA

8  Keith P. Bartel, Esq. (Bar No. 83223)
   kbartel@carr-mcclellan.com
9  David M. King, Esq. (Bar No. 95279)
   dking@carr-mcclellan.com
10 Jeffrey R. Loew, Esq. (Bar No. 216808)
   jloew@carr-mcclellan.com
11 CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
12 216 Park Road
   P.O. Box 513
13 Burlingame, California  94011-0513
   Telephone: (650) 342-9600
14 Facsimile: (650) 342-7685

15 Attorneys for Plaintiff
   Kimberley Ann Woo, Trustee Of The Wilbur
16 And Dolores L. Woo 1987 Irrevocable Trust

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19 KIMBERLEY ANN WOO, AS TRUSTEE OF  )   CASE NO. C 06-3545 CRB
   THE WILBUR AND DOLORES L. WOO 1987)
20 IRREVOCABLE TRUST,                )   (San Francisco Superior Court
                                     )    Case No. CGC 06-451976)
21              Plaintiff,           )
          vs.                        )   Complaint Filed:  May 5, 2006
22                                   )
   THE PRUDENTIAL INSURANCE COMPANY  )   STIPULATION AND [PROPOSED]
23 OF AMERICA, and DOES 1 through 10,)   ORDER RE EXTENSION OF TIME TO
                                     )   CONDUCT SETTLEMENT
24              Defendants.          )   CONFERENCE
                                     )
25

26

27

28

25740.00001\BGLIB1\1339060.1

                                     1

## STIPULATION

WHEREAS, on April 13, 2007, the Court ordered the Parties to engage in a Settlement Conference before Magistrate Judge Elizabeth D. Laporte by July 13, 2007, and to attend a further Case Management Conference on August 10, 2007; and

WHEREAS, following communications among the Parties and with the office of Magistrate Judge Laporte, the Parties received notice on June 9, 2007, that a Settlement Conference had been calendared for August 9, 2007, the first mutually available date for the Parties and Magistrate Judge Laporte, and

WHEREAS, the Parties were informed on June 29, 2007, that Magistrate Judge Laporte was no longer available on August 9, 2007; and

WHEREAS, the Parties and Magistrate Judge Laporte are unable to calendar a new Settlement Conference date before September 19, 2007; and

WHEREAS, the Parties have confirmed with the office of Magistrate Judge Laporte her availability for Settlement Conference on September 19, 2007, and the Parties are available on that date;

IT IS HEREBY STIPULATED AND AGREED THAT:

The time within which the parties are required to conduct a Settlement Conference in this matter be extended at least 70 days from the date of this stipulation; and that the Further Case Management Conference calendared for August 10, 2007, be continued at least 70 days from that date to follow the Settlement Conference.

Dated: July 31, 2007            CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
                                Professional Law Corporation


                        By: _____/s/_____
                                JEFFREY R. LOEW
                                Attorneys for Plaintiff
                                Kimberley Ann Woo, Trustee Of The Wilbur
                                and Dolores L. Woo 1987 Irrevocable Trust

25740.00001\BGLIB1\1339060.1

2

Dated: July 31, 2007                    GORDON & REES, LLP

By: _____/s/_____
DONALD W. REES
LESLIE K. CRARY
Attorneys for Defendant
PRUDENTIAL INSURANCE COMPANY OF AMERICA

I, JEFFREY R. LOEW, hereby attest that Leslie K. Crary, counsel for defendant, concurs in the filing of this Stipulation.

DATED: July 31, 2007                    By: _____/s/_____
JEFFREY R. LOEW

**ORDER**

IT IS HEREBY ORDERED that the deadline for a Settlement Conference in this case is continued to September 19, 2007, at 1:30 p.m. and that the Further Case Management Conference calendared for August 10, 2007, is continued to ☐ ~~September 21~~, [or] ☒ October 5, 2007.

DATED: __august 02_____, 2007       _____
Judge Charles R. Breyer
United States District [Court]

IT IS SO ORDERED
Judge Charles R. Breyer

25740.00001\BGLIB1\1339060.1

PRU/1038904/1107401v.1

3