UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIMBERLEY ANN WOO,

    Plaintiff,

    v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.
_____/

No. C-06-03545 CRB (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

Pursuant to the Stipulation and Order re Extension of Time to Conduct Settlement Conference, you are hereby notified that the conference scheduled for August 7, 2007, has been continued to **September 19, 2007 at 1:30 p.m**. in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

On or before September 10, 2007, the parties shall deliver directly to the Magistrate Judge a Settlement Conference Statement which shall not be filed with the Clerk of the Court or served upon parties. All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: August 8, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge