1  Keith P. Bartel, Esq. (Bar No. 83223)
   kbartel@carr-mcclellan.com
2  Jeffrey R. Loew, Esq. (Bar No. 216808)
   jloew@carr-mcclellan.com
3  CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
   Professional Law Corporation
4  216 Park Road
   P.O. Box 513
5  Burlingame, California 94011-0513
   Telephone:   (650) 342-9600
6  Facsimile:   (650) 342-7685

7  Attorneys for Plaintiff
   Kimberley Ann Woo, Trustee Of The Wilbur
8  and Dolores L. Woo 1987 Irrevocable Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ANN WOO, AS TRUSTEE OF THE WILBUR AND DOLORES L. WOO 1987 IRREVOCABLE TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and DOES 1 through 10,<br><br>Defendants. | No. C 06-03545 CRB<br><br>(San Francisco Superior Court Case No. CGC 06-451976)<br><br>Complaint Filed: May 5, 2006<br><br>**NOTICE OF REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON** |

Plaintiff, Kimberley Ann Woo, as Trustee of the Wilbur and Dolores L. Woo 1987 Irrevocable Trust, hereby dismisses the above-captioned action against Defendant, The Prudential Insurance Company of America, with prejudice.

Dated: January 28, 2008

CARR, McCLELLAN, INGERSOLL, THOMPSON & HORN
Professional Law Corporation

By: _____
    Jeffrey R. Loew
    Attorneys for Plaintiff
    Kimberley Ann Woo, Trustee Of The Wilbur
    and Dolores L. Woo 1987 Irrevocable Trust

## ORDER

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed, with prejudice.

Dated: February 01, 2008



_____
CHARLES R. BREYER

25740.00001\BGLIB1\1357424.1

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513. |

I am employed by the law firm of Carr, McClellan, Ingersoll, Thompson & Horn Professional Law Corporation in the County of San Mateo, California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 216 Park Road, P.O. Box 513, Burlingame, California 94011-0513.

I certify that the original papers filed with the Court and all copies of papers, documents, and exhibits, whether filed with the Court or served on other parties, are prepared on recycled paper.

On the date set forth below I served the within:

- **NOTICE OF REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

on the parties in this action, by placing a true copy thereof in a sealed envelope addressed as follows:

**Donald W. Rees, Esq.**
**Leslie K. Crary, Esq.**
**Gordon & Rees LLP**
**Embarcadero Center West**
**275 Battery Street, Suite 2000**
**San Francisco, California 94111**

☐ **By overnight delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By messenger service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service).*

☒ **By placing in office mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

☐ **By placing in U.S. Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Burlingame, California.

| | |
|---|---|
| 1 | ☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening. |

☐ **By personal service.** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

☐ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

☐ **By e-mail or electronic transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 30, 2008

_____
Carol Loza